# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MICHAEL R. LINTON                                    Case Number: 07-71757
        6622 WATERFORD DRIVE         SSN-xxx-xx-8996
        MCHENRY, IL  60050

                                                  Case filed on:      7/24/2007
                                               Plan Confirmed on:

                           U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | MICHAEL R. LINTON (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 0.00 | 0.00 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00        discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                        　　/s/ Lydia S. Meyer　　　
                                        Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on <u>11/01/2007</u>              By  <u>/s/Heather M. Fagan</u>